IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPFORGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-704-GMS |
| | ) | |
| EXTENDED SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

By an order dated March 28, 2005, this Court ordered the Plaintiff to participate in an American Arbitration Association proceeding (AAA # 14 117 01521 04) initiated by the Defendant and stayed this action pending the outcome of the arbitration. A hearing was conducted before the arbitrators September 19-29, 2005, and the arbitrators issued an interim award on December 13, 2005. The interim award contained the arbitrators' findings of fact and conclusions of law but did not address the issue of damages. On January 20, 2006, the parties each filed a pleading with the arbitrators listing the remaining issues that each party believed the arbitrators needed to address to conclude the matter. On February 7, 2006, the Panel had a telephone conference with the parties to discuss these issues. The arbitrators indicated that they would consider the parties' respective positions and issue a ruling.

|  |  |
|---|---|
| /s/ Steven J. Balick | Kelly E. Farnan |
| Steven J. Balick  (#2114) | Allen M. Terrell, Jr.  (#709) |
| sbalick@ashby-geddes.com | terrell@rlf.com |
| John G. Day  (#2403) | Kelly E. Farnan  (#4395) |
| jday@ashby-geddes.com | farnan@rlf.com |
| Ashby & Geddes, P.A. | Richards, Layton & Finger, P.A. |
| 222 Delaware Avenue, 17th Floor | One Rodney Square |
| P.O. Box 1150 | P.O. Box 551 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| Telephone:  (302) 654-1888 | Telephone:  (302) 651-7700 |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated:  February 8, 2006