# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**  
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE  
844 KING STREET  
LOCKBOX 19  
WILMINGTON, DE 19801

(302) 573-6470  
(302) 573-6472 FAX

July 12, 2006

TO:    Counsel

RE:    Appforge, Inc. v. Extended Systems, Inc.  
        Civil Action No. 04-704 GMS

Dear Counsel:

      Please submit a jointly prepared status report regarding the above-referenced case, via electronic case filing, no later than July 26, 2006.

      Thank you.

                                 Very truly yours,

                                 /s/

                               Marie McDavid  
                               Case Manager to Judge Gregory M. Sleet