IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPFORGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-704-GMS |
| | ) | |
| EXTENDED SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

By an order dated March 28, 2005, this Court ordered the Plaintiff to participate in an American Arbitration Association proceeding (AAA # 14 117 01521 04) initiated by the Defendant and stayed this action pending the outcome of the arbitration. A hearing was conducted before the arbitrators September 19-29, 2005, and the arbitrators issued an interim award on December 13, 2005. The interim award contained the arbitrators' findings of fact and conclusions of law but did not address the issue of damages. On January 20, 2006, the parties each filed a pleading with the arbitrators listing the remaining issues that each party believed the arbitrators needed to address to conclude the matter. At the request of the Defendant, the arbitrators issued a letter of clarification on March 31, 2006. On June 9, 2006, the arbitrators issued an amended interim award. On or about June 30, 2006, the parties had a conference call with the arbitrators to discuss the issues that remain. The parties and the arbitrators are working to schedule a final hearing in October 2006 to resolve any final issues related to computation of royalties, if any, owed.

|  |  |
|---|---|
| OF COUNSEL:<br>Randolph C. Foster<br>Matthew C. Phillips<br>Stoel Rives LLP<br>900 S.W. Fifth Avenue,<br>Suite 2600<br>Portland, Oregon 97204<br>(503) 244-3380<br><br>Dated: July 21, 2006 | *Kelly E. Farnan* (signature)<br>Allen M. Terrell, Jr. (#709)<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Telephone: (302) 651-7700<br>Attorneys for Defendant |
| OF COUNSEL:<br>Robert T. Cahill<br>Cooley Godward LLP<br>11951 Freedom Drive<br>Reston, Virginia 20190<br>(703) 456-8000<br><br>Dated: July 21, 2006 | /s/ John G. Day<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Ashby & Geddes, P.A.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Attorneys for Plaintiff |