IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPFORGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-704-GMS |
| | ) |
| EXTENDED SYSTEMS, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

> ASHBY & GEDDES
>
> */s/ Steven J. Balick*
> _____
> Lawrence C. Ashby (I.D. # 468)
> Steven J. Balick (I.D. # 2114)
> John G. Day (I.D. # 2403)
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> (302) 654-1888
>
> *Attorneys for Plaintiff*

*Of Counsel:*

Robert T. Cahill
Adam L. Barea
COOLEY GODWARD LLP
One Freedom Square, Reston Town Center
11951 Freedom Drive
Reston, VA  20190
(703) 456-8000

Dated: December 14, 2006
176066.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Allen M. Terrell, Jr., Esquire<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Randolph C. Foster, Esquire<br>Stoel Rives LLP<br>900 S.W. Fifth Ave<br>Suite 2600<br>Portland, OR 97204 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ Steven J. Balick*
_____
Steven J. Balick