## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

March 6, 2007

TO:    Counsel

RE:    Appforge, Inc. v. Extended Systems, Inc., et al.
        Civil Action No. 04-704 GMS

Dear Counsel:

        Please submit a jointly prepared status report, via electronic case filing, regarding the status of the above-referenced case no later than April 6, 2007.

        Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet