IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPFORGE, INC., <br>         Plaintiff, <br><br> v. <br><br> EXTENDED SYSTEMS, INC., <br> EXTENDED SYSTEMS OF IDAHO, INC., <br> EXTENDED SYSTEMS, LTD., <br> EXTENDED SYSTEMS, BENELUX B.V., <br> EXTENDED SYSTEMS, GMBH, and <br> EXTENDED SYSTEMS FRANCE, SARL. <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> )   C.A. No. 04-704-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the above-captioned action, including any and all claims and counterclaims, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, recognizing that a Final Award, including an award of attorneys fees and costs, has been issued by the arbitrators in connection with an arbitration between plaintiff and Extended Systems of Idaho, Inc. regarding the claims at issue in this action and that a judgment has been entered on the Final Award in the United States District Court for the Northern District of Georgia. Each of the parties to this action shall otherwise bear its own costs and attorneys' fees incurred in connection with this action.

| | |
|---|---|
| /s/John G. Day | *Kelly E. Farnan* (signature) |
| Lawrence C. Ashby (#468) | Allen M. Terrell, Jr. (#709) |
| Steven J. Balick (#2114) | Kelly E. Farnan (#4395) |
| John G. Day (#2403) | Richards, Layton & Finger, P.A. |
| Ashby & Geddes | One Rodney Square |
| 500 Delaware Avenue | P.O. Box 551 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | Telephone: (302) 651-7700 |
| Telephone: (302) 654-1888 | Attorneys for Defendants Extended Systems, |
| Attorneys for Plaintiff AppForge, Inc. | Inc. and Extended Systems of Idaho, Inc. |

**SO ORDERED** this _____ day of May, 2007.


_____
United States District Judge